# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>XAVIER DOUGLAS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 16-M-1335<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>November 2014 to December 2015</u> in the county of <u>Waukesha</u> in the <u>Eastern</u> District of <u>Wisconsin</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | production of child pornography |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Christina Porter, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/7/16

_____
Judge's signature

City and state:  Milwaukee, Wisconsin

William E. Duffin, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christina M. Porter, having been first duly sworn, do hereby depose and state as follows:

1. I have been employed as a law enforcement officer with the West Allis Police Department since May of 2004, and have been a Detective with the Sensitive Crimes Unit (SCU) for approximately four years. I am currently assigned to the Child Exploitation Task Force (CETF) with the Federal Bureau of Investigation (FBI) out of the Milwaukee Field Office. While employed by the West Allis Police Department, in conjunction with the FBI, I have investigated federal and state criminal violations related to child exploitation and child pornography. I have gained experience of such investigations through formal training and in consultation with law enforcement partners in local, state, and federal law enforcement agencies. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in forms of computer media. I am a FBI Task Force law enforcement officer (TFO) who is engaged in enforcing the criminal law, including 18 U.S.C. § 2251, and I am authorized by the Attorney General to request a criminal complaint.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Xavier Douglas, DOB: 11-XX-1994.

3. On June 14, 2016, I was assigned to follow-up on a lead from the FBI-Chicago office, from TFO Jacqueline Lazzara that stems from a child pornography investigation she had conducted.

4. TFO Lazzara, while investigating a separate incident, conducted an interview with Daniel Santiago (hereinafter "Santiago") in Illinois. During the interview, Santiago stated that he was communicating with two boys online, whom he believed to be minors, named CH (full name is known to law enforcement) and Xavier Douglas. Santiago said he had sent gifts totaling $12,000

to CH and approximately $400 and an X-Box to Xavier Douglas. Santiago sent gift cards to CH through CH's email account of C███h██@gmail.com. Santiago said Xavier's email address is xavier@gmail.com. He communicated with CH and Xavier Douglas on Twitter and KIK Messenger.

5. Santiago stated during the interview he thought CH resided in Pennsylvania and Xavier Douglas lived in Waukesha, Wisconsin. TFO Lazzara determined that a juvenile boy named CH did reside in Pennsylvania and a lead was sent to agents in Pennsylvania to locate and interview CH. CH's parents were interviewed and a forensic interview was conducted with CH. CH is currently 16 years old.

6. During the forensic interview, CH stated he did not recognize Daniel Santiago's name, usernames, or photos. CH stated that in the fall of 2014 he met an individual on KIK (a free instant messenger application for mobile devices which is known for its features preserving users' anonymity) who he thought was a female juvenile of his own age. The individual used the screen name of "littlelainey12" while communicating with CH via KIK.

7. CH stated in his interview that "littlelainey12" sent him pictures of herself, which he believed were not real, and CH sent "littlelainey12" photos of himself, including nude photos. Over time, "littlelainey12" threatened CH that if he didn't send more photos, "littlelainey12" would put CH's nude photos on the Internet. CH sent additional photos of himself to "littlelainey12" using a dropbox account provided by "littlelainey12." At times CH would send 250 photos to "littlelainey12."

8. CH reported that he observed his photos on the Internet, specifically on Twitter. CH's mother, SH (full name known by law enforcement), also saw websites with CH's photos and reported it. The National Center for Missing and Exploited Children (NCMEC) has a report

regarding a Twitter account called "ClayExposed" that comes back to thexavier@ail.com. The account contains child pornography.

9. TFO Lazzara advised that based on her investigation, it appears the individual behind the account "littlelainey12" forced CH to take photos of himself and used his identity to talk to Daniel Santiago. TFO Lazzara served a subpoena for information concerning claybaby34@gmail.com, one of the email addresses CH provided during his forensic interview, as an email address being associated with him, but were unfamiliar to CH. The information provided revealed claybab34@gmail.com is registered to a recovery email of xdouglas177@gmail.com and to an IP address of 65.30.129.50. TFO Lazzara also served a subpoena for c█h█@gmail.com, which was provided by CH during his forensic interview, and it is registered to the same IP address of 65.30.129.50. CH advised he has never created a gmail account for himself.

10. The IP address of 65.30.129.50 comes back to Time Warner Cable. TFO Lazzara sent a subpoena to Time Warner Cable for this IP address and the IP address is registered to Marcy Wolfe of XX32 Northview Road, Waukesha, WI and has been an active account since February 1, 2009. When TFO Lazzara tried to find out who Xavier Douglas could be, she found a police report from Jefferson County (#2014CF000018) for criminal trespass. Xavier Douglas is currently on probation for this offense.

11. The NCMEC Cybertip reported that the same IP address of 65.30.129.50 was used to create the "ClayExposed" Twitter account on December 1, 2015 at 04:40UTC, which contains child pornographic images of CH.

12. I reviewed the images provided in the NCMEC tip, which were from the Twitter URL of https://twitter.com/ClayExposed/status/671550766419566593. The incident date and time are December 1, 2015 at 04:45:24UTC. One image I viewed was file CVHT25sUEAQnJbh.jpg,

which is an image of a white male who appears to be taking a "selfie" picture. He is nude and is holding his penis with his right hand. A portion of the male's face can be seen and he appears to be approximately 12-15 years old. The male appears to be in the beginning stages of puberty as he has some pubic hair, but there is a lack of hair on his face and chest. A second image I viewed was file CVHTv1wUsAANMOg.jpg, which is an image of the same white male taking a "selfie" picture in a mirror with a gold colored frame. The male is holding a cell phone in his left hand and pulling up his gray long-sleeved shirt with his right hand, exposing his penis. His black pants are pulled down around his thighs. His face is exposed and he is wearing a gray winter hat.

13. I spoke with TFO Lazzara who advised that images of CH were posted online with his soccer team in Pennsylvania. I conducted a Google Internet search of CH and located images of CH with his soccer team. I observed that these images are of the same male from the child pornographic images in the ClayExposed Twitter account.

14. On June 15, 2016, I reviewed all of the supplemental information provided with the lead from TFO Lazzara. It is her belief, based on her investigation, that whoever is using the IP address of 65.30.129.50 is "littlelainey12" and had CH take child pornographic pictures of himself and then used CH's identity and photos to talk to Daniel Santiago, and coerced Santiago to send gifts valued at $12,000. I ran an NCIC/DOT check and an Accurint check on Xavier Douglas. I located two possibly addresses for Xavier in Waukesha, WI, one being XX32 Northview Road.

15. On June 15, 2016, I made contact with Xaiver's probation agent, Tracy Kaczek. Agent Kaczek advised that she conducts home visits at Xavier's residence and he is currently residing at XX32 Northview Road in Waukesha. He resides with his sister and her family. Xavier's sister is Marcy Wolfe, which is where the IP address in question lists to. There is a toddler between the age of one and two who resides at the residence with whom Xavier has regular contact. Agent

Kaczek advised that she would be entering a warrant into NCIC for Xavier's arrest.

15. I made contact with Detective Edward Bergin of the Waukesha Police Department. Detective Bergin advised that his department had contact with Xavier Douglas on March 16, 2016, regarding a down power line. Xavier reported his address to be XX32 Northview Road at that time.

16. On June 20, 2016, FBI Agent Mustell and I went to XX32 Northview Road and conducted a check of the open WIFI signals outside the residence. Of the various signals in the area, two signals are labeled as Wolfe and Wolfe Guest. Both of these signals, as well as all other signals in the area, were secure.

17. On June 20, 2016, I checked Facebook for any accounts listing to Xavier Douglas. I located a profile named "Xavier Douglas (Real Xavier)" with the URL of https://www.facebook.com/xavier.douglas.963. The image on the profile picture matched Xavier's Department of Transportation photo, so I believed this is his account. I observed a message posted on this Facebook account from August 27, 2013 which stated, "OK So I like younger white guys. Can you blame me? And when they don't feel the same way about me, I steal their pics and create fake profiles and pretend they are my friends and tweet about it all day and all night. My name is Xavier and I am the best Waukesha has EVER produced." This post was followed by a photo of a young, white male's face who appeared to be around eight years old.

18. I obtained a search warrant and executed it on June 30, 2016 at Xavier Douglas' Waukesha residence. Xavier was taken into custody based on his DOC warrant. Xavier agreed to speak with FBI Agent Brett Banner and myself at the Waukesha County Sheriff's Department. During the interview, Xaiver admitted that he took over other peoples' identities to create social media accounts. He stated he wanted to become famous, or more popular, on social media because once

a person obtained a certain amount of attention on various social media sites, the site compensates you for using their service.

19. Xavier explained that over the last three or so years he sought out social media accounts utilized by attractive male teenagers who were already popular online and who had a significant number of friends and online attention. Xavier named four boys who were popular online as Gage Smith, Gage Parris, Andrew Lauro, and Garrett Bosely. Xavier said he created fake social media accounts using these names and operated these accounts. Several people began to befriend and follow these individuals, not knowing that Xavier was posing as these boys. As these accounts grew in popularity, Xavier posed as the boy named on the account and posted information about Xavier's real, personal social media accounts. He promoted his own accounts and more people would befriend him so he would gain popularity.

20. Xavier was asked about CH and Xavier admitted that he located CH on Instagram and found CH's KIK or Snap Chat username listed on the Instagram account. Xavier admitted to creating the "littlelainey12" username and account to communicate with CH via KIK or Snap Chat. Xavier admitted to obtaining nude images of CH because he is attractive and Xavier wanted to "leak" the images online for more attention. After Xavier obtained initial images from CH, Xavier admitted that he told CH he would expose the images CH had already provided online if CH didn't take additional child pornographic images. CH then provided Xavier with additional images via Dropbox.

21. Xavier also admitted to creating social media accounts in CH's name and operated those accounts. After gaining numerous friends/followers, he posted a message in CH's name which stated that some of his pictures had been leaked. Xavier admitted to creating a Twitter account labeled "ClayExposed" or "ClayH---Exposed" which included the nude images that he obtained

from CH.

22.     Xavier was asked about Santiago. He said Santiago had contacted CH via one of the social media accounts that Xavier was operating in CH's name. Xavier said that Santiago wanted friends and offered to send Xavier gifts in return for a continued online friendship. Xavier admitted that Santiago sent him a laptop and an X-Box gaming console. Santiago thought he was sending the items to CH, but he told Santiago that CH was worried about giving out his address, so instead he was going to provide a friend's address. Xavier, then posed as CH, provided Santiago with the name of Xavier Douglas and Xavier's address.

23.     Xavier provided consent for agents to take over his Dropbox account. On July 18, 2016, I examined the contents of the account. Under the "Camera Uploads" section of the account, there are 193 pictures/videos. I observed an image of a nude, erect penis, in addition to selfie-style pictures of CH in a mirror, CH with other teenagers, and CH at school.

24.     During the search of Xavier's residence, a black iPhone with serial number 579CE2816A was located. It was identified as belonging to E▓▓ W▓▓ who is Marcy Wolfe's juvenile daughter who also resides with Xavier. Both E▓▓ and Xavier admitted that the phone belonged to and was used by Xavier before it was given to E▓▓. The cell phone was collected as evidence and was forensically examined at the FBI.

25.     I reviewed the cellphone extraction report. I located references to CH in the Chats section of the phone report, contacts section, calendar section, and images section. I also located a picture of a male holding a phone for a Facebook profile picture and the image is labeled "Gage Parris." I observed an image of CH in a sports uniform, in addition to other pictures of CH. In the "contacts" section of the report, I located the name "Xavier" followed by the contact of xwaimzofficial@icloud.com, which is believed to be Xaiver's email address associated with one

of his iCloud accounts.

26. Also collected during the search warrant was an Apple iPad MD510 which was later analyzed. Per the extraction report, a contact listed in the iPad was thexavierwolfe@icloud.com, which is believed to be another email address associated with one of Xavier's iCloud accounts.

27. During the search warrant, Xavier's Acer laptop computer (product ID of 00325-91035-19011-AAOEM) was collected as evidence. He admitted to being the only user of the laptop. The laptop was forensically analyzed. On July 26, 2016 I reviewed the contents report. Under the Google search section, some of the terms searched included twitter, you tube, facebook, iphone 5 se clone, unfollow everyone on Twitter, delete all my tweets, how to view photos on my icloud, lock my iphone, icloud, and download photos from icloud to a personal computer.